IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1512-CMA

ROCKY MOUNTAIN WILD; SAN LUIS VALLEY ECOSYSTEM COUNCIL; SAN JUAN CITIZENS ALLIANCE; WILDERNESS WORKSHOP;
    Plaintiffs,
  v.
DAN DALLAS, TAMARA WHITTINGTON, BRIAN FEREBEE, UNITED STATES FOREST SERVICE, ANNE TIMBERMAN, and U.S. FISH AND WILDLIFE SERVICE;
    Defendants.

LEAVELL-MCCOMBS JOINT VENTURE,
    Defendant-Intervenor.

_____

**EXPEDITED MOTION FOR ADDITIONAL WORDS**
_____

    Plaintiffs ("Conservation Groups"), through Counsel, hereby request the Court allow for an expanded word count for Plaintiffs' opening brief. Plaintiffs respectfully submit that good cause exist to extend Plaintiffs' opening merits brief word count to 17,000 words. CMA Civ. Practice Standard 10.1(d)3).  Plaintiffs respectfully request expedited consideration, as the brief is due on September 30, 2020.

1. Plaintiffs' Complaint contains fourteen claims for relief relying on the National Environmental Policy Act ("NEPA"), Endangered Species Act ("ESA"), Administrative Procedure Act ("APA"), National Forest Management Act, Freedom of Information Act, Federal Records Act, and Alaska National Interest Lands Conservation Act.

2. The facts and claims in this case span almost four decades, the administrative record is expansive, and the litigation involves numerous agency actions and decisions made by multiple federal agencies.  The claims involve numerous prior

court orders, changes in land ownership, changed position from past NEPA analyses and ESA consultations, and a vast universe of environmental impacts and issues stemming from agency actions addressing a mix of private and federal landownership interests involving an effort to construct a city on Wolf Creek Pass.

3. Plaintiffs' previous Opening Brief successfully challenging a similar Wolf Creek Decision, and the same Environmental Impact Statement, contained approximately 49,000 words.

4. The current word limit was built on the position that "resolutions of pending Motions to Dismiss and identified irregularities in the administrative record" would be resolved. Doc. #38 at ¶6.B.ii (Conservation Group position). Absent resolution on the pending Motion to Reconsider (Doc. #37), Partial Motion to Dismiss (Doc. #12), and the Motion to Compel Production of the Administrative Record (Doc. #45), Plaintiffs are briefing a broader landscape of claims and potential record evidence than anticipated.

5. There was no formal agency adjudication of the Final Record of Decision that gives rise to this litigation. The claims involve informal agency actions that have not been subjected to administrative due process or district court scrutiny to narrow issues for appellate review.

6. Summary judgment is not available to limit the legal claims, factual disputes, and defenses in the present matter.

7. Plaintiffs' counsel have worked diligently to comply with the 13,000 word count limit without benefit of citation to Plaintiff's detailed briefing in the previous

litigation. However, it has become apparent that the burdens and standards involved with district court APA review require additional briefing, beyond the briefing normally provided for the narrowed claims briefed to the Tenth Circuit Court of Appeals.

8. The opposing parties will file separate briefs with a combined 26,000 words.

9. Plaintiffs have conferred with government counsel and Intervenor counsel, who confirmed by email that the federal agencies and the intervenor oppose this motion. D.C.COLO.LCivR 7.1(b)(1). No basis was provided for the opposition, and no prejudice was identified during conferral.

10. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Plaintiffs have not previous requested an additional word count.

11. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion will be served on Defendants and upon a representative for Plaintiffs.

12. For the reasons stated above, Plaintiffs respectfully submit that good cause exists in this case that warrants extending the word count to 17,000 words.

**RESPECTFULLY SUBMITTED September 21, 2020:**

*s/ Matthew Sandler*

| **Travis E. Stills** | **Matthew Sandler** | **Peter Hart** |
|---|---|---|
| Energy & Conservation Law | Rocky Mountain Wild | Wilderness Workshop |
| 1911 Main Ave., Ste 238 | 1536 Wynkoop St. Suite 900 | PO Box 1442/520 S. 3rd St, Suite 27 |
| Durango, CO 81301 | Denver, CO 80202 | Carbondale, CO 81623 |
| (970) 375-9231 | 303-579-5162 | (970) 963-3977 x12 |
| stills@frontier.net | Matt@rockymountainwild.org | peter@wildernessworkshop.org |

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020 I served a copy of this motion an all parties using the CM/ECF system, unless otherwise noted below.

 *s/Matthew Sandler*  
**Matthew Sandler**

4